PHILLIP A. TALBERT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARISOL QUINTERO SOLORIO, AND JULIO CESAR BARRON,<br><br>　　　　　　Defendants. | CASE NO. 1:15-CR-00319 LJO<br><br>**ORDER GRANTING REQUEST TO FILE GOVERNMENT'S EXHIBIT A IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS UNDER SEAL**<br><br>COURT: Hon. Lawrence J. O'Neill |

　　　The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission pursuant to Local Rule 141(b) file Exhibit A to the Government's Opposition to Defendant's Motion to Suppress Evidence (an affidavit previously filed under seal in case number 1:15-sw-202 LJO), and good cause appearing therefore,

IT IS SO ORDERED.

　　　Dated:　**September 12, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE