PHILLIP A. TALBERT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAUL ESPARZA, ET. AL.<br><br>　　　　　　　　Defendants. | CASE NO. 1:15-CR-00319 LJO-SKO<br><br>**STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON**<br><br>Date: January 9, 2018<br>Time: 10:00 a.m.<br>Honorable Lawrence J. O'Neill |

　　　　The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the trial in this case from January 9, 2018 until July 10, 2018 at 8:30 a.m.

　　　　The parties request that time be excluded between January 9, 2018 through July 10, 2018 for the following reasons: (1) counsel for the government is recovering from medical treatment for a serious health condition and is unable to prepare for trial and try the matter on January 9, 2018; and (2) the requested trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

　　　　The parties further believe that time should be excluded until July 10, 2018, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and

Stipulation to Continue Trial Date and Trial Confirmation

1

unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: November 16, 2017	PHILLIP A. TALBERT
	United States Attorney

	/s/ *Kathleen A. Servatius*
	KATHLEEN A. SERVATIUS
	Assistant United States Attorney

Dated:  November 16, 2017	/s/ *Alonzo Gradford*
	Attorney for Raul Carrasco Esparza

Dated:  November 16, 2017	/s/ *E. Marshall Hodgkins*
	Attorney for Defendant Hecotor Gonzales

Dated:  November 16, 2017	/s/ *Kevin G. Little*
	Attorneys for Defendant Johnny Sone Voravong

Dated:  November 16, 2017	/s/ *Barbara O'Neill*
	Attorneys for Defendant Julio Barron

Dated:  November 16, 2017	/s/ *Mark Broughton*
	Attorneys for Defendant Marisol Solorio

Dated:  November 16, 2017	/s/ *Nicholas A. Capozzi*
	Attorneys for Defendant Amador Faalaga

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued from January 9, 2018 until July 10, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2018 through July 10, 2018, inclusive, is deemed excludable

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 30, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Stipulation to Continue Trial Date and Trial Confirmation

3