| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | KATHLEEN A. SERVATIUS |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile:  (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00319 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON** |
| v. | |
| RAUL ESPARZA, ET. AL. | Date: July 10, 2018 |
| Defendants. | Time: 8:30 a.m. |
| | Honorable Lawrence J. O'Neill |

The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the trial in this case from July 10, 2018 at 8:30 a.m. to September 25, 2017 at 8:30 a.m.

The parties request that time be excluded between July 10, 2018 and September 25, 2017 for the following reasons: two of defendant's counsel have been scheduled for another multiple week trial on July 10, 2018 and are unavailable for a trial in this case. The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

The parties further believe that time should be excluded until September 25, 2018, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective

preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: December 12, 2017                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ *Kathleen A. Servatius*
                                                 KATHLEEN A. SERVATIUS
                                                 Assistant United States Attorney

Dated:  December 12, 2017                        /s/ *Alonzo Gradford*
                                                 Attorney for Raul Carrasco Esparza

Dated:  December 12, 2017                        /s/ *E. Marshall Hodgkins*
                                                 Attorney for Defendant Hecotor Gonzales

Dated:  December 12, 2017                        /s/ *Kevin G. Little*
                                                 Attorneys for Defendant Johnny Sone Voravong

Dated:  December 12, 2017                        /s/ *Barbara O'Neill*
                                                 Attorneys for Defendant Julio Barron

Dated:  December 12, 2017                        /s/ *Mark Broughton*
                                                 Attorneys for Defendant Marisol Solorio

Dated:  December 12, 2017                        /s/ *Nicholas A. Capozzi*
                                                 Attorneys for Defendant Amador Faalaga

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued form July 10, 2018 until September 25, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2018 through September 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by

1 the Court at the parties' request on the basis of the Court's finding that the ends of justice served by
2 taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated: **December 12, 2017**        /s/ Lawrence J. O'Neill
                                                          UNITED STATES CHIEF DISTRICT JUDGE