1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00319 NONE |
|---|---|
| Plaintiff, | STIPULATION FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| JULIO CESAR BARRON, | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Julio Cesar Barron, by and through his attorney, Barbara O'Neill, hereby stipulate that the defendant's supplemental motion for compassionate release shall be filed on or before April 30, 2021, the government's response to the defendant's motion for compassionate release shall be filed on or before May 28, 2021. The defendant's reply shall be due on or before June 11, 2021.

Dated: April 1, 2021                                Respectfully,

                                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                    /s/ [signature]
                                                    KATHLEEN A. SERVATIUS
                                                    Assistant United States Attorney

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

Dated:  April 1, 2021              /s/ *Barbara O'Neill*
                                   Barbara O'Neill, Attorney for Julio Cesar Barron

**ORDER**

IT IS SO ORDERED.

Dated:   **April 2, 2021**                     _____
                                               UNITED STATES DISTRICT JUDGE