Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Facsimile: (559) 459-0656

Attorney for Julio Cesar Barron

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JULIO CESAR BARRON,<br><br>    Defendant. | CASE No: 1:15-CR-00319 NONE<br><br>REQUEST TO WITHDRAW AS COUNSEL AND PROPOSED ORDER |

 Counsel was appointed to represent Julio Cesar Barron on Compassionate Release. Mr. Barron filed, per se, an Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. §3582(c). The motion was filed March 8, 2021. (Doc. 213). Counsel filed a supplemental motion on behalf Mr. Barron. (Doc. 244). The prosecutor opposed the compassionate release (Doc. 252) to which a reply was filed. (Doc. 257). On August 9, 2021 the Hon. Dale A. Drozd denied compassionate release for Mr. Barron. (Doc. 264).

 Mr. Barron has previously informed counsel by telephone and letter that he wanted to appeal should compassionate release be denied. The Notice of Appeal was filed August 11, 2021. (Doc. 265). The undersigned requests to be relieved as attorney of record.

1

| | | |
|---|---|---|
|1| Dated: August 11, 2021 | Respectfully submitted, |

/s/Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Julio Cesar Barron

ORDER

IT IS SO ORDERED.

Dated:  **August 11, 2021**       *Dale A. Drozd*    
UNITED STATES DISTRICT JUDGE

2